March 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PARTNERS IN BUILDING, L.P., Appellant

NO. 14-12-00123-CV                              V.

DARLEEN EURE, Appellee

_____

This cause, an appeal from the order in favor of appellee Darleen Eure, signed, October 10, 2011, was heard on the transcript of the record. The record shows that the trial court lacked jurisdiction to render this order. We therefore order the trial court's order of October 10, 2011, **VACATED**, and we order this appeal **DISMISSED**. We order appellee DARLEEN EURE to pay all costs incurred in this appeal. We further order this decision certified below for observance.